UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT ALLEN KILPATRICK,

        Petitioner,

v.                              Case No. 3:05-cv-1176-J-20HTS

JAMES V. CROSBY, JR., et al.,

        Respondents.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, an inmate of the Florida penal system who is proceeding *pro se*, initiated this action by filing a Petition for Writ of Habeas Corpus (Doc. #1) pursuant to 28 U.S.C. § 2254. Because Petitioner's appeal of his Fla. R. Crim. P. 3.850 motion is still pending in the state appellate court (see Petition (Doc. #1), at 5), concerning the judgment under attack, this case will be dismissed without prejudice. In the interests of comity, this Court should give the state courts the opportunity to rule on his claims before he seeks relief in the federal courts. See Rose v. Lundy, 455 U.S. 509 (1982). For this reason, this Petition will be dismissed without prejudice.

Accordingly, it is now

**ORDERED:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of November, 2005.

UNITED STATES DISTRICT JUDGE

sc 11/21
c:
Robert Allen Kilpatrick

- 2 -